IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01170-MJW

NATALIE M. OVERSTREET

    Plaintiff,

v.

METLIFE INSURANCE COMPANY

    Defendant.

---

### ORDER RE: STIPULATED MOTION TO AMEND THE SCHEDULING ORDER
(Docket No. 14)

---

THIS MATTER, having come before the Court upon Stipulated Motion To Amend The Scheduling Order (CM/ECF Doc. No. 15) by their respective counsel of record, and the Court having examined the motion,

NOW FINDS that good cause has been shown and the Stipulated Motion to Amend The Scheduling Order should be GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Oder (CM/ECF Doc. No. 15) is amended as follows:

1. Discovery Cut-Off (including depositions) is moved from January 29, 2016 to February 29, 2016. Interrogatories and Requests for Production of Documents shall be served no later than December 28, 2016.

2. Dispositive Motions is moved from February 29, 2016 to March 28, 2016.

3. Expert Witness Disclosures be moved from November 2, 2015 to December 2, 2015.

4. Rebuttal Experts is moved from December 2, 2015 to January 5, 2016.

DONE BY THE COURT THIS 3rd DAY OF November, 2015.

BY THE COURT:

_____
Honorable Michael J. Watanabe
United States Judge